UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MARY HOLLMAN, as the Administrator of                    No. 06 3588(JFB)(ARL)
the Estate of SAMUEL A. COX, and the
Estate of SAMUEL A. COX, on behalf of
decedent JOHN COX,                                       *ECF Case*

                                              FIRST
                    Plaintiffs,         NOTICE OF EXPERT REPORTS

     -against-

TASER INTERNATIONAL, INCORPORATED,

                  Defendant.

----------------------------------------------------------------X

       Defendant, TASER INTERNATIONAL, INCORPORATED, by its attorneys JOSEPH A.

MARIA, P.C., hereby files the following Expert Reports:

-   Hugh Calkins, M.D.

-   Vincent J.M. Di Maio, M.D.

-   Michael A. Evans, Ph.D.

-   Michael A. Graham, M.D.

-    Richard A. Guilbault

-   Jeffrey D. Ho, M.D., FACEP, FAAEMP

-   Deborah C. Mash, Ph.D.

-   John G. Peters, Jr., Ph.D., MBA, CLS


Dated: White Plains, New York
      September 17, 2009

                                   Respectfully Submitted:
                                   **JOSEPH A. MARIA, P.C.**
                                   By: S/_____

1

Frances Dapice Marinelli (FM2152)
Joseph A. Maria (JM0209)
Attorneys for Defendant
TASER INTERNATIONAL
301 Old Tarrytown Road
White Plains, New York 10603
Tel: 914-684-0333
File No. 25-0004(dj)

2