UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MARY HOLLMAN, as the Administrator of          No. 06 3588(JFB)(ARL)
the Estate of SAMUEL A. COX, and the
Estate of SAMUEL A. COX, on behalf of
decedent JOHN COX,                             *ECF Case*
                                                               THIRD
               Plaintiffs,          NOTICE OF EXPERT REPORTS

    -against-

TASER INTERNATIONAL, INCORPORATED,

               Defendant.

----------------------------------------------------------------X

      Defendant, TASER INTERNATIONAL, INCORPORATED, by its attorneys JOSEPH A.

MARIA, P.C., hereby files the following Expert Reports:

    -   Patrick Smith, CEO of TASER International, Inc.

Dated: White Plains, New York
       September 17, 2009

                     Respectfully Submitted:
                     **JOSEPH A. MARIA, P.C.**
                     By: S/_____
                     Joseph A. Maria (JM0209)
                     Attorneys for Defendant
                     TASER INTERNATIONAL
                     301 Old Tarrytown Road
                     White Plains, New York 10603
                     Tel: 914-684-0333
                     File No. 25-0004(dj)