UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARY HOLLMAN, as the Administrator of            No. 06 3588(JFB)(ARL)
the Estate of SAMUEL A. COX, and the
Estate of SAMUEL A. COX, on behalf of
decedent JOHN COX,                               *ECF Case*
                                                                 FOURTH
                         Plaintiffs,             NOTICE OF EXPERT REPORTS

        -against-

TASER INTERNATIONAL, INCORPORATED,

                         Defendant.

-----------------------------------------------------------------X

        Defendant, TASER INTERNATIONAL, INCORPORATED, by its attorneys JOSEPH A.

MARIA, P.C., hereby files the following Expert Report:

   -   Mark W. Kroll, Ph.D.,  FACC, FHRS

Dated: White Plains, New York
       September 17, 2009

                                    Respectfully Submitted:
                                    **JOSEPH A. MARIA, P.C.**
                                    By: S/_____
                                    Joseph A. Maria (JM0209)
                                    Attorneys for Defendant
                                    TASER INTERNATIONAL
                                    301 Old Tarrytown Road
                                    White Plains, New York 10603
                                    Tel: 914-684-0333
                                    File No. 25-0004(dj)

1