**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARY HOLLMAN, AND THE ESTATE OF
SAMUEL COX,

                Plaintiffs,

   - against -

TASER INTERNATIONAL INCORPORATED,

                Defendant.
------------------------------------------------------------X

FILED
CLERK

3/11/2013 12:47 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV-06-3588 (JFB)(ARL)

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on March 8, 2013, granting defendant's motion for summary judgment in its entirety, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

     **ORDERED AND ADJUDGED** that plaintiffs take nothing of defendant; that defendant's motion for summary judgment is granted in its entirety; and that this case is hereby closed.

Dated: Central Islip, New York
       March 11, 2013

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                     BY:    /S/ CATHERINE VUKOVICH
                               DEPUTY CLERK